**JULIANA LU**
304 S. Jones Blvd., Suite 3798
Las Vegas, NV 89107
Telephone: 702-529-3809
E-mail: julianarocks@gmail.com

Plaintiff,
JULIANA LU

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

            MAY 15 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| JULIANA LU, <br><br>　　　　Plaintiff, <br>vs. <br>JAPAN. <br>　　　　Defendants. | Case No.: 18 CV 1334 <br><br> **RE Court's Request for HAGUE SERVICE CONVENTION** |

# RE Court's Request for HAGUE SERVICE CONVENTION

1. During Case No.: 2:18-CV-01334-APG-PAL, Plaintiff had already pointed out to the Court a few times that DEFEDANT had a **SPECIAL DEFENDANT GOVERNMENTAL BANK**, named THE HYPOTHEC BANK OF JAPAN, appointed by **DEFENDANT CONGRESS**.

2. **Plaintiff is now trying her best to serve Defendant through the Hague Service Convention** method, Plaintiff believes that Defendant is not going to show up to explain to the U.S. Federal Court how they merged their **SPECIAL DEFENDANT GOVERNMENTAL BANK** indirectly into **Mizuho Bank** to launder money from Plaintiff's family assets in Taiwan to Japan, then place it within two minutes of walking distance to THE WHITE HOUSE. Mizuho Bank is one of the world's top ten capitals dealing with major U.S. banks and U.S. businesses in the world.

3. Many local and U.S. news reporters, including New York Times, have contacted Plaintiff for an interview regarding Plaintiff's 100% successful treatment rate on COVID-19 patients within 1 to 2+ days of recovery. One of the World Journal news reported a patient of Plaintiff (a front-line medical doctor) in New York

---
RE Court's Request for HAGUE SERVICE CONVENTION - 1

who returned back to her front-line of work after being cured from COVID-19. This patient of Plaintiff recovered in 1 day after using Plaintiff's All-Natural Herbal Formula. Plaintiff's other COVID-19 patients were quickly recovered in 1 or 2+ days as well.  As of today, Plaintiff has a 100% success rate in treating Plaintiff's COVID-19 patients.
4. Our U.S. Secretary of State, Michael Pompeo, thought the greatest achievement was made in Taiwan and recommended Republic of China into the WHA, but our country actually has the best and fastest treatment way because Plaintiff is a U.S. citizen / Herbal Specialist / Acupuncturist. Republic of China's average rate of recovery on COVID-19 was only in 7-8 days with several deaths.
5. The United States has an average daily death rate of thousands of people since April of this year.  Plaintiff is unable to proceed with her formula on a larger scale because of Defendant.  Without Defendant returning Plaintiff's money and assets, millions of people in the U.S. are going to suffer from COVID-19.  In other words, many of these people died and will die because of DEFENDANT JAPAN.
6. Plaintiff actually have the world's fastest treatment method (1 - 2 days to recover from COVID - 19) with the best treatment success rate at 100%.  Plaintiff also sent many letters to President Trump at the White House and Governors of New York and California hoping to rescue more people from COVID-19.  The SOURCE OF INFECTION for COVID-19 in the future will come from the one million+ infected COVID-19 patients in the United States.  If our country can't cure these patients using the quickest and shortest methods, millions of U.S. people may continue to be infected or die.  Our younger generation in the United States may be full of "Broken/Damaged Lung) in the future.

DATED:  May 13, 2020

IT IS ORDERED that ECF No. 33 is DENIED. The Court previously dismissed this case without prejudice and directed the Plaintiff that if she wished to continue pursuing her claims, she could file a new case under a new case number. *See* ECF No. 31. This case is closed.

Respectfully submitted,

By: _____
JULIANA LU
Plaintiff

IT IS SO ORDERED

DATED: June 02, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

RE Court's Request for HAGUE SERVICE CONVENTION - 2

